**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

DENNIS RODRIGUEZ,      Plaintiff,

v.

RUDOLPH MAUL M. D.
Executive Director of Medical Services Colorado Dept. of Corrections,

JEFFERY CALLOWAY
Health Services Administrator F. C. F.,      Defendants.

Jury Trial requested:
(Please check one)

__X__ Yes    ____ NO

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dennis Rodriguez, C. D. O. C. #84369, Fremont Correctional Facility, P. O. Box 999 Canon City, Co 81215

        (Name, prisoner identification number, and complete mailing address)

N/A.

        (Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee

____   Civilly committed detainee

____   Immigration detainee

__X__  Convicted and sentenced state prisoner

____   Convicted and sentenced federal prisoner

____   Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:

        Dr. Rudolph Maul M. D. Executive Director of Medical Services Colorado Dept. of Corrections,

                Colorado Dept. of Corrections Central Office

                1250 Academy Park Loop, Colorado Springs, CO 80910

                (Name, job title, and complete mailing address)

        At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ___ No (*check one*). Briefly explain:

        Dr. Rudolph Maul M. D. is the Executive Director of the Colorado Dept. of Corrections Medical Services. He is required to make sure that all of the required prescribed courses of medical treatments from Oncologist/Specialist Dr. Douglas Reznick M. D. from the Rocky Mountain Cancer Center, (RMCC), are to be completed by all facility medical providers throughout the Colorado Dept. of Corrections... The failure of doing such, is continuous violations of defendants' U. S. Const. 8th Amendment Rights from CDOC's "Deliberate Indifference" to the Plaintiffs'

2

serious medical treatment needs from his potential life-threating terminal medical diagnoses. The continued lack of required, prescribed, course of medical treatment, continues to be an issue as of the date of this complaint. Whereby, creating the continuing violation of Plaintiffs' U. S. Const. 8th Amendment Rights of cruel and unusual punishment and "deliberate indifference" to Plaintiffs' required serious medical treatment needs. See Shomo v. City of New York 579 F.3d 176, 2009 U. S. App. Lexis 18001 (2nd Cir. 2009), outlining the continuing violation doctrine.

Defendant 1 is being sued in their _____ individual and/or__**X**__official capacity.

Defendant 2:

Jeffery Calloway, Health Services Administrator, (HSA)
Fremont Correctional Facility.
P. O. Box 999
Canon City, CO 81215
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _**X**_ Yes ___ No (check one).  Briefly explain:

Jeffery Calloway is the Health Services Administrator, (HSA), at Fremont Correctional Facility. He is required to make sure that all of the required prescribed course of medical treatments from Oncologist/Specialist Dr. Douglas Reznick M. D., from the Rocky Mountain Cancer Center, (RMCC), are to be completed by the facility medical department, under Dr. Rudolph Maul M. D…. The failure of doing such, is continuous violations of defendants' U. S. Const. 8th Amendment Rights from CDOC's "Deliberate Indifference" to the Plaintiffs' serious medical treatment needs from his potential life-threating terminal medical diagnoses. The continued lack of required, prescribed, course of medical treatment, continues to be an issue as of the date of this complaint. Whereby, creating the continuing violation of Plaintiffs' U. S. Const. 8th Amendment Rights of cruel and unusual punishment and "deliberate indifference" of Plaintiffs' continuing serious prescribed, required medical treatment needs. See Shomo v. City of New York 579 F.3d 176, 2009 U. S. App. Lexis 18001 (2nd Cir. 2009), outlining the continuing violation doctrine.

Defendant 2 is being sued in his/her ___ individual and/or _**X**_ official capacity.

## C.    JURISDICTION
*Indicate the federal legal basis for your claim(s): (check all that apply)*

_**X**_    State/Local Official (42 U.S.C. § 1983)

____    Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

3

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

  **X**    Other: (*please identify*) For Injunctive Relief and Damages due to continued pain and suffering.

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Medical Deliberate Indifference in Violation of the 8th Amendment to the U. S. Constitution under 42 U.S.C. 1983.

Claim one is asserted against these Defendant(s):

1.  Rudolph Maul M. D.
    Executive Director of the Colorado Dept. of Corrections Medical Services.

2.  Jeffery Calloway,
    Health Services Administrator, (HSA), Fremont Correctional Facility.

Supporting facts:

A.  The Plaintiff asserts that he has a clear right to bring this claim under 42 U.S.C. 1983 based upon the fact that the foregoing CDOC Employees are the State Actor's for whom are liable for the treatment and recovery of the plaintiff's serious life threatening medical diagnosis from Oncologist/Specialist, Dr. Douglas Reznick M.D., at the RMCC.

B.  The Plaintiff asserts contentions of the "Objective Prong" that his 8th Amendment rights to the U. S. Constitution is continuously being violated, by the Defendant's, because they are acting with "deliberate indifference", toward his severe cancer medical condition, by not administering adequate medical care after he has been diagnosed with a serious immediate need treatment by Dr. Reznick, on or about 09/26/17. Dr. Reznick had prescribed several medications and a specific course of treatment for his severe medical condition. Ultimately, after several attempts, pleading for treatment, medications, and filing grievances he was denied medications by the "Facility Pain Committee". His grievances were also all denied. Based upon the medical history of Plaintiffs' serious medical needs, he has satisfied the "Objective Prong" in regards to the Defendants' violating his 8th Amendment Rights to the

4

U. S. Constitution by a "Deliberate Indifference" to care for his very serious medical needs.

C. The Plaintiff asserts contentions of the "Subjective Prong" that his 8th Amendment is continuously being violated, by the Defendants', because they were all made aware of his serious medical needs. That, his medical condition is potentially life threatening, if untreated, the medical condition is logged in his CDOC Medical Records, the diagnosis is submitted by an Specialist/Oncologist Dr. Reznick of RMCC on or about 09/26/2017, and the Plaintiff has languished since with pain and suffering. The Defendants' were put on notice by means of emergency medical kite systems and grievance systems, all of which being denied. He had stated that he was not receiving adequate medical care for his serious medical condition. That, the inadequate medical care contributes to his undue pain, suffering, and possible permanent physical impairment, including, potentially can be fatal without treatment. Wherefore, due to the foregoing, CDOC and FCF Medical is directly liable for damages, since 9/26/2017, for nor following the treatment directions from Dr. Reznick for a possible cure of his serious medical condition. Based upon the medical history of Plaintiffs' serious medical needs, he has satisfied the "Subjective Prong" in regards to the Defendants' violating his 8th Amendment Rights to the U. S. Constitution by a "Deliberate Indifference" to care for his very serious medical needs.

E.    **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  __**X**__ Yes ____ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

| | |
|---|---|
| Name(s) of defendant(s): | Multhulakshmi Yegappan M.D. |
| Docket number and court: | 22-CV-00473-GPG-MEH |
| Claims raised: | Claim one: Gross Negligence for the denial of prescribed medication with the treatment for cancer; Claim two: discrimination on interference with contractual rights; and Claim three: various liability against Defendant, CDOC. |
| Disposition: (is the case still pending? has it been dismissed?; was relief granted?) | Case was dismissed. |
| Reasons for dismissal, if dismissed: | Plaintiff was ordered to file an amended Prisoner Complaint, and was referred to do so by his previous attorney Sean M. Dormer of Dormer/Harping on April 12, 2024. |
| Result on appeal, if appealed: | Did not appeal so as to file an amended Prisoner Complaint. |

5

**F.    ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    **X**  Yes ____ No (*check one*)

Did you exhaust administrative remedies?

    **X**  Yes ____ No (*check one*)

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1.    For Injunctive Relief: To require the Colorado Dept. of Corrections to follow through with the recommendations of the Oncologist/Specialist Dr. Douglas Reznick, from the Rocky Mountain Cancer Center, for the recommended medications and treatments of Plaintiffs' serious medical diagnosis of cancer. For the treatment of Physical Therapy Evaluation. For Radiation Fibrosis Syndrome with Cervical Muscular Dystonia and for medications due to the side effects of that cancer treatment. And,

2.    For Damages: For the pain and suffering the Plaintiff has been continuously enduring because the medical services departments' failure to provide the prescribed/recommended course of treatments required. For which, the FCF Medical Department has not been providing the required treatments and medications to ease the pain while enduring his serious medical condition and side effects from the cancer treatments.

6

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

Dennis Rodriguez CDOC #84369
Fremont Correctional Facility
P. O. Box 999
Canon City, CO 81215

_September 29, 2024_____
(Date)

7

CERTTIFICATE OF MAILING/SERVICE

I, Dennis Rodriguez, hereby certify that a copy of the foregoing pleading/document was mailed to defendant(s) on _September_ , _29_ 2024 and sent to the following.

1.      U. S. District Court For the District of Colorado
        Alfred A. Arraj U. S. Courthouse
        901 19th St.
        Denver CO 80924

2.      Dr. Rudolph Maul M. D. Executive Director of Medical Services Colorado Dept. of Corrections,
        Colorado Dept. of Corrections Central Office
        1250 Academy Park Loop,
        Colorado Springs, CO 80910, and

3.      Jeffery Calloway, Health Services Administrator, (HSA)
        Fremont Correctional Facility.
        P. O. Box 999
        Canon City, CO 81215.

Dennis Rodriguez CDOC#84369
Fremont Correctional Facility
P. O. Box 999
Canon City, CO 81215

_September 29 2024_
(Date)

8



Dennis Rodriguez #84364
FCF
POBox 999
Canon City ~ CO
81215

Legal Mail

U.S. District Court for District of Colorado.
Alfred A. Arraj U.S. Courthouse.
901 19th st
Denver Co 80124

09/30/2024
US POSTAGE
$01.77
ZIP 81212
041L11241745

FCF 9/29/24
FACILITY
Clark 33593 ZC
STAFF LAST NAME          ID#        INT

DOC#   OFFENDER LAST NAME      INT